# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN, | Case No. 3:19-cv-00172-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for an extension of time (first request) (ECF No. 11), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have up to and including January 27, 2020, to file an amended petition.

Dated: This 29th day of October, 2019.

_____
ROBERT C. JONES
United States District Judge

1