# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>    Petitioner,<br><br> v.<br><br>WILLIAM GITTERE, et al.,<br><br>    Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER** |

  Petitioner having filed an unopposed motion for an extension of time (second request) (ECF No. 13), and good cause appearing;

  IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (second request) (ECF No. 13) is **GRANTED**. Petitioner will have up to and including March 10, 2020, to file an amended petition.

  DATED: January 30, 2020.

                     ROBERT C. JONES
                     United States District Judge