1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONNIE MONEY COLEMAN,

Petitioner,

v.

WILLIAM GITTERE, ET AL.,

Respondents.

Case No. 3:19-cv-00172-RCJ-WGC

**ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN AMENDED PETITION FOR WRIT OF HABEAS CORPUS (THIRD REQUEST)**

12
13
14
15
16
17
18
19
20
21
22

COMES NOW the Petitioner, Ronnie Money Coleman, by and through counsel of record, Jason F. Carr, hereby files this request extension of time to file an Amended Petition for Writ of Habeas Corpus. Petitioner requests that this Court grant him an extension of time of forty-three days (35) to file an Amended Petition; rendering the Amended Petition due on **April 14, 2020.**

23
24
25
26

The primary basis for this request for an extension is that intervening deadlines have and will prevent counsel from being able to apply the necessary attention to this filing. Counsel realizes this Amended Petition has been delayed quite a bit. Counsel will endeavor to ensure this is the last request for an extension.

1     This motion is based upon the attached points and authorities and all

2  pleadings and papers on file herein.

3        Dated: March 10, 2020.

4

5

6                                        Respectfully submitted,
                                         RENE L. VALLADARES
7                                        Federal Public Defender

8

9                                        /s/ Jason F. Carr

10                                       JASON F. CARR
                                         Assistant Federal Public Defender

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# POINTS AND AUTHORITIES

1.    On July 1, 2019, this Court provisionally appointed the office of the Federal Public Defender as counsel for the Petitioner Ronnie Coleman. (Electronic Court Filing Number (ECF No. 4).) On July 31, 2049, counsel filed his Notice of Appearance (ECF No. 8). Also on July 31, 2019, this Court issued a scheduling order noting that an Amended Petition would be filed on or before October 29, 2019. (ECF No. 9).

2.    That Coleman filed two motions moving the Amended Petition due date to March 10, 2020. (ECF No. 9; *see also* ECF No. 10 (granting this request).) This is Coleman's third request for an extension. In this Motion Coleman is requesting a filing date of **April 14, 2020**. Counsel choose this date with care to ensure it does not conflict with any other existing deadlines.

3.    An extension of time to file the Amended Petition is necessary given counsel for Coleman's obligations in other cases. Most pressing was a United States Court of Appeals for the Ninth Circuit opening brief in *Ramirez v. Baker*, CA No. 19-16825 which counsel is filing today, March 10, 2020. The *Ramirez* brief was quite complex and important. It required an inordinate amount of time to complete. Additional intervening deadlines include, but are not limited to,: a Reply and Legal Memorandum in the district court case *Gallegos v. Baca*, 3:15-cv-00243-RCJ, due on March 17, 2020; a Certiorari Petition in *Plumlee v. State*, Nev. Sup. Ct. No. 75739, due on March 19, 2020; and another Certiorari Petition due in Brown v. Nevada, CA No. 18-15727, due on March 20, 2020.

4.    On March 10, 2020, counsel for Petitioner contacted counsel for Respondents. Respondents do not object to this request for a continuance. That party does request, however, that counsel for habeas petitioners make clear that nothing about the decision not to oppose Petitioner's extension request signifies an implied

finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defenses. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension request, this Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

5.    This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Petitioner Ronnie M. Coleman. Counsel respectfully requests that this Court grant the request for an extension of time to file the Amended Petition **April 14, 2020**, for the effective and thorough representation of Coleman in his federal habeas action

DATED: March 10, 2020.

> Respectfully submitted,
> RENE L. VALLADARES
> Federal Public Defender
>
>
> **/s/ Jason F. Carr**
> JASON F. CARR
> Assistant Federal Public Defender

It is hereby **ORDERED** that, good cause appearing, Petitioner Ronnie Coleman's request for an extension of time to file an Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is **GRANTED.**  The Amended Petition shall be filed on or before **April 14, 2020.**

_____
ROBERT C. JONES
United States District Judge

Dated: MARCH 24, 2020.