1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                                    **DISTRICT OF NEVADA**

10

11      RONNIE MONEY COLEMAN,                    Case No. 3:19-cv-00172-RCJ-WGC

12                       Petitioner,             **ORDER**

13            v.

14      WILLIAM GITTERE, et al.,

15                       Respondents.

16

17          Petitioner having filed an unopposed motion for an extension of time (fourth request)

18   (ECF No. 18), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of

20   time (fourth request) (ECF No. 18) is **GRANTED**.  Petitioner will have up to and including May

21   14, 2020, to file an amended petition.

22          DATED:  April 15, 2020.

23                                                   _____

24                                                   ROBERT C. JONES
                                                     United States District Judge
25

26

27

28

                                                 1