UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER** |

Petitioner filed an unauthorized proper-person motion to withdraw counsel (ECF No. 20), in which he complained about the lack of communication with counsel. Petitioner then filed a counseled unopposed motion for an extension of time in which to file an amended petition for writ of habeas corpus (ECF No. 21), in which counsel explained that the need to work remotely and other complications caused by the COVID-19 pandemic made communication with petitioner difficult. The court granted the motion. Petitioner now has filed a counseled first amended petition (ECF No. 23). From the filing of the first amended petition, it appears that petitioner and counsel have resolved the difficulties in communication, making the proper-person motion to withdraw counsel moot.

Respondents have filed a motion for enlargement of time (first request) (ECF No. 25). The court finds good cause exists to grant the motion.

///

IT THEREFORE IS ORDERED that petitioner's motion to withdraw counsel (ECF No. 20) is **DENIED** as moot.

IT FURTHER IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 25) is **GRANTED**.  Respondents will have up to and including September 25, 2020, to file a response to the first amended petition (ECF No. 23).

DATED:   September 22, 2020.

_____
ROBERT C. JONES
United States District Judge

2