UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM GITTERE, et al.,<br><br>  Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 27), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 27) is **GRANTED**.  Respondents will have up to and including October 26, 2020, to file and serve a response to the first amended petition (ECF No. 23).

DATED:  September 28, 2020.

_____
ROBERT C. JONES
United States District Judge