Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Alicia_intriago@fd.org

*Attorney for Petitioner Ronnie Money Coleman

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, ET AL.,<br><br>    Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER GRANTING STIPULATION TO ALLOW PETITIONER THE OPPORTUNITY TO FILE A MOTION FOR LEAVE TO AMEND THE PETITION AND TO EXTEND TIME FOR RESPONDENTS TO RESPOND TO PETITION (ECF No. 29)** |

Petitioner Ronnie Coleman and Respondents William Gittere, et al., (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Petitioner Coleman filed his First Amended Petition on May 28, 2020. ECF No. 23. The undersigned counsel filed a notice of appearance on behalf of Mr. Coleman on May 29, 2020. ECF No. 24. Currently, Respondents have until October 26, 2020, to respond to the First Amended Petition. ECF No. 28.

2. Mr. Coleman shall have until November 25, 2020, to seek leave of court to file a second amended petition.

3. Respondents' deadline to respond to petition shall be extended to 45 days after the date on which the court decides upon the motion for leave to file a second amended petition.

4. This is the parties' first stipulation to extend time. Respondents previously filed two requests for enlargement of time to file a response to Mr. Coleman's first amended petition. ECF Nos. 25, 27.

5. This stipulation is not made for purposes of delay but is agreed to in the interests of justice.

Respectfully submitted October 21, 2020.

Rene L. Valladares  
Federal Public Defender

Aaron D. Ford  
Nevada Attorney General

/s/ *Alicia R. Intriago*  
Alicia R. Intriago  
**Attorney for Petitioner**

/s/ Gerri L. Hardcastle  
Gerri Lynn Hardcastle  
**Attorney for Respondents**

IT IS SO ORDERED:

_____  
ROBERT C. JONES  
United States District Judge

Dated: October 21, 2020.

2