UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN, | Case No. 3:19-cv-00172-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed a motion for extension of time (second request) (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for extension of time (second request) (ECF No. 32) is **GRANTED**.  Petitioner will have up to and including December 4, 2020, to file a motion for leave to file a second amended petition.

DATED:  December 3, 2020.

_____
ROBERT C. JONES
United States District Judge