UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN, | Case No. 3:19-cv-00172-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed a motion for leave to file second amended § 2254 petition (ECF No. 34), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for leave to file second amended § 2254 petition (ECF No. 34)is **GRANTED**.  Under Local Rule LR 15-1(b), petitioner must file the second amended petition within 7 days of entry of this order.

IT FURTHER IS ORDERED that respondents will have 45 days from the date of entry of this order to file an answer or other response to the second amended petition.  Subsequent briefing must follow the court's scheduling order of July 31, 2019 (ECF No. 9).

DATED:  March 1, 2021.

ROBERT C. JONES
United States District Judge

1