# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN, | Case No. 3:19-cv-00172-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 37), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 37) is **GRANTED**. Respondents will have up to and including May 6, 2021, to respond to the second amended petition (ECF No. 36).

DATED: April 30, 2021.

ROBERT C. JONES
United States District Judge