UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER GRANTING RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (THIRD REQUEST) (ECF NO. 47)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, move this Court for a one (1) day enlargement of time, or up to and including Friday, May 7, 2021, to file and serve their response to the second amended petition for writ of habeas corpus of Petitioner, Ronnie Money Coleman (Coleman).

This motion is based on the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other pleadings and materials on file herein.

This is Respondents' third request for an enlargement of time to respond to Coleman's second amended petition. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

**ORDER**
**IT IS SO ORDERED this 7th day of May, 2021.**

_____
ROBERT C. JONES, District Judge

-1-