UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER** |

　　　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 50), and good cause appearing;

　　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 50) is **GRANTED**. Petitioner will have up to and including June 25, 2021, to respond to the motion to dismiss (ECF No. 49).

　　　　DATED: May 24, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge