# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 57), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 57) is **GRANTED**. Respondents will have up to and including July 27, 2021, to respond to the motion to strike or, in the alternative, motion for more definite statement (ECF No. 52).

DATED: July 14, 2021.

ROBERT C. JONES
United States District Judge

1