1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT
9                                  DISTRICT OF NEVADA
10

11   RONNIE MONEY COLEMAN,                    Case No. 3:19-cv-00172-RCJ-WGC
12              Petitioner,                   **ORDER**
13         v.
14   WILLIAM GITTERE, et al.,
15              Respondents.
16

17         Petitioner filed a motion for leave to file supplemental authorities in support of his motion
18   to strike. ECF No. 62. Even though the court already has granted the motion to strike, ECF No.
19   64, the court will grant this motion.
20         Respondents have filed an unopposed motion for enlargement of time (first request). ECF
21   No. 66. The court finds that good cause exists to grant this motion.
22         IT THEREFORE IS ORDERED that petitioner's motion for leave to file supplemental
23   authorities (ECF No. 62) is **GRANTED**.
24   ///
25   ///
26   ///
27   ///
28   ///

                                                 1

1    IT FURTHER IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 66) is **GRANTED**.  Respondents will have up to and including April 13, 2022, to file their response to the second amended petition (ECF No. 36).

DATED:  March 16, 2022.

_____
ROBERT C. JONES
United States District Judge