# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER** |

Respondents having filed a nunc pro tunc motion for enlargement of time (second request) (ECF No. 68), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' nunc pro tunc motion for enlargement of time (second request) (ECF No. 68) is **GRANTED**. Respondents will have up to and including April 18, 2022, to file and serve their response to the second amended petition (ECF No. 36).

DATED: April 19, 2022.

_____
ROBERT C. JONES
United States District Judge