# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE COLEMAN, | Case No. 3:19-cv-00172-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 71), and good cause appearing;

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 71) is GRANTED. Petitioner will have up to and including June 16, 2022, to file his opposition to respondents' motion to dismiss.

Dated: May 11, 2022.

ROBERT C. JONES
UNITED STATES DISTRICT COURT