UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ronnie Coleman<br><br>　　　　Petitioner,<br><br>　　v.<br><br>William Gittere, et al.<br><br>　　　　Respondents. | Case No. 3:19-cv-00172-RCJ-CSD<br><br>**Order Granting Unopposed motion for extension of time in which to file opposition to Respondents' Motion to Dismiss**<br><br>**(Second request)** |

　　　Petitioner Ronnie Coleman respectfully moves this Court for an extension of time of 14 days from June 16, 2022, to and including June 30, 2022, to file an opposition to Respondent's motion to dismiss Mr. Coleman's second amended petition.

# Argument

1. Counsel filed her notice of representation for Mr. Coleman on May 25, 2020. ECF No. 24. Counsel sought leave to file a second amended petition on September 28, 2021. ECF No. 31. The Court granted this request on March 1, 2021, and Mr. Coleman filed his second amended petition that same day. ECF Nos. 35, 36. On May 7, 2021, Respondents moved to dismiss the second amended petition. ECF No. 49. Mr. Coleman moved to strike the motion to dismiss on June 21, 2021. ECF No. 52. The Court granted the motion to strike on January 18, 2022, and ordered Respondents to file a new motion to dismiss. ECF No. 64. Respondents filed a new motion to dismiss on April 19, 2022. ECF No. 69. Counsel sought and was granted a first extension of time. ECF Nos. 71-72. The deadline to file an opposition to Respondent's motion to dismiss is currently June 16, 2022.

2. Counsel now seeks a 14-day extension of time to file the opposition to Respondent's motion to dismiss. This is Mr. Coleman's second request for an extension of time.

3. Counsel for Mr. Coleman emailed counsel for Respondents on June 15, 2022, who agreed to this extension.

4. Counsel has begun working on the opposition but asks for an extension of time in light of her recent schedule and deadlines. Since May 2, 2022, besides case management activities, counsel has: had a legal conference call with a client on May 5; taken a deposition for *Herrada-Gonzalez v. Howell*, No. 2:20-cv-01013-GMN-DJA (D. Nev.), on May 10, 2022; attended the district court conference on May 17, 2022; met with a client in-person at High Desert State Prison on June 7; had a legal conference call with a client on June 10; and filed an amended petition in *Rodriguez v. Garrett*, no. 3:20-cv-00691-ART-CLB (D. Nev.), on June 15. Counsel also took a pre-planned vacation from May 20 through 30. In the coming two weeks, counsel will be on a Northern Nevada prison visit trip on June 23 and 24, 2022, and has the following

1 deadlines: a status report due June 21 in *Mkhitaryan v. LVMPD*, no. 2:20-cv-02169-ART-NJK (D. Nev.); an opposition to a motion to dismiss due June 24 in *Crawley v. Cain*, no. 2:17-cv-02086-RFB-CWH (D. Nev.); and an opposition to a motion to dismiss due June 27 in *Altheide v. State of Nevada*, no. 2:19-cv-02245-JAD-BNW (D. Nev.)

6. This motion isn't filed for the purposes of delay but in the interests of justice, as well as in Mr. Coleman's interest. Counsel for Mr. Coleman respectfully requests this Court grant the motion and order the opposition to Respondents' motion to dismiss be filed up to and including June 30, 2022.

Dated June 15, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: *June 21, 2022*

3