1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

12  Ronnie Coleman
13         Petitioner,                            Case No. 3:19-cv-00172-RCJ-CSD
14      v.                                        **Unopposed motion for extension of time in which to file opposition to Respondents' Motion to Dismiss**
15  William Gittere, et al.
16         Respondents.                           **(Third request)**
17
18      Petitioner Ronnie Coleman respectfully moves this Court for an extension of
19  time of 14 days from June 30, 2022, up to and including July 14, 2022, to file an
20  opposition to Respondent's motion to dismiss Mr. Coleman's second amended petition.
21
22
23
24
25
26
27

## ARGUMENT

1. Counsel filed her notice of representation for Mr. Coleman on May 25, 2020. ECF No. 24. Counsel sought leave to file a second amended petition on September 28, 2021. ECF No. 31. The Court granted this request on March 1, 2021, and Mr. Coleman filed his second amended petition that same day. ECF Nos. 35, 36. On May 7, 2021, Respondents moved to dismiss the second amended petition. ECF No. 49. Mr. Coleman moved to strike the motion to dismiss on June 21, 2021. ECF No. 52. The Court granted the motion to strike on January 18, 2022, and ordered Respondents to file a new motion to dismiss. ECF No. 64. Respondents filed a new motion to dismiss on April 19, 2022. ECF No. 69. Counsel sought and was granted two extensions of time. ECF Nos. 71, 72, 73, 74. The deadline to file an opposition to Respondent's motion to dismiss is currently June 30, 2022.

2. Counsel now seeks a 14-day extension of time to file the opposition to Respondent's motion to dismiss. This is Mr. Coleman's third request for an extension of time.

3. Counsel for Mr. Coleman emailed counsel for Respondents on June 30, 2022, who agreed to this extension.

4. Counsel has been diligently working on the opposition but asks for an extension of time in light of her recent schedule and deadlines. Specifically, since June 16, 2022, counsel filed a status report on June 21 in *Mkhitaryan v. LVMPD*, no. 2:20-cv-02169-ART-NJK (D. Nev.), and an opposition to a motion to dismiss on June 24 in *Crawley v. Cain*, no. 2:17-cv-02086-RFB-CWH (D. Nev.). Counsel also unexpectedly had to extend a Northern Nevada prison visit that was initially intended to be only from June 23 to 24, to a trip of June 23 through 26, 2022.[1] Counsel also had to

---

[1] Unfortunately, Lovelock Correctional Center does not accommodate attorneys for client visits and requires attorneys to visit on the client's general visiting day. Because of a client emergency and because counsel had client visits already

2

cover primary duty for another attorney all day on June 28, 2022, which required her to represent individuals making initial appearances in federal court. Counsel also had a legal conference call with a client on June 27, 2022, and met with a client at Clark County Detention Center on June 29, 2022.

5. This motion isn't filed for the purposes of delay but in the interests of justice, as well as in Mr. Coleman's interest. Counsel for Mr. Coleman respectfully requests this Court grant the motion and order the opposition to Respondents' motion to dismiss be filed up to and including July 14, 2022.

Dated June 30, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/Alicia R. Intriago
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: July 1, 2022

---

scheduled for all day on June 24, counsel could visit with this client only on Sunday morning, June 26. Because counsel was already there, she visited with another client whose visiting days are also only on Sunday mornings.

3