**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>        Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.,*<br><br>        Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**ORDER FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this Court for a 29-day enlargement of time, or up to and including Friday, August 19, 2022, to file and serve their reply in support of their motion to dismiss.  ECF Nos. 36, 69.

This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers on file herein.

Respondents have not requested any previous enlargements of time to reply.  Respondents make this motion in good faith and not for the purpose of unnecessary delay.

RESPECTFULLY SUBMITTED this 21st day of July, 2022.

AARON D. FORD
Attorney General

By:   /s/ Gerri Lynn Hardcastle
      GERRI LYNN HARDCASTLE (Bar No. 13142)
      Deputy Attorney General

AARON D. FORD
  Attorney General
GERRI LYNN HARDCASTLE (Bar No. 13142)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1215
Fax: (775) 684-1108
GHardcastle@ag.nv.gov
*Attorney for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　Respondents. | Case No. 3:19-cv-00172-RCJ-WGC<br><br>**DECLARATION OF COUNSEL (IN SUPPORT OF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST))** |

I, Gerri Lynn Hardcastle, hereby state, based on personal knowledge and/or information and belief, that the assertions in this declaration are true:

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Post-Conviction Division, and I make this declaration in support of Respondents' motion for enlargement of time.

2. Through this motion, I am requesting an enlargement of time of 29 days, or up to and including Friday, August 19, 2022, to file and serve Respondents' reply in support of their motion to dismiss. This is Respondents' first request for an enlargement of time to reply.

3. A reply in support of motion to dismiss is currently due today, July 21, 2022.

4. I am unfortunately unable to complete Respondents' reply today due to the demands of my current case load. Earlier this week I filed two responses in state-court habeas matters, and I am currently working to finish two federal responses and one other state response due on Monday, July 25, 2022. I cannot seek an enlargement of time for any of those matters. Additionally between now and

/ / /

August 19, 2022, I have two additional federal responses due, and I cannot seek an enlargement of time for one of those responses.

5.  I emailed Alicia Intriago, the Assistant Federal Public Defender representing Petitioner Ronnie Money Coleman, and I asked if she objects to the proposed enlargement of time for Respondents to reply. Ms. Intriago said she does not object.

6.  I am moving for this enlargement of time in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

7.  Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed on this 21st day of July, 2022.

By: /s/ Gerri Lynn Hardcastle
GERRI LYNN HARDCASTLE (Bar No. 13142)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of July, 2022.

_____
DISTRICT COURT JUDGE

-3-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 21st day of July, 2022, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST),** by U.S. District Court CM/ECF electronic filing to:

Alicia Intriago
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101

/s/ Amanda White
_____