**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN,<br><br>               Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>               Respondents. | Case No. 3:19-cv-00172-RCJ-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 82), and good cause appearing;

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 82) is GRANTED. Petitioner will have up to and including November 21, 2022, in which to file a declaration in support of partial dismissal of grounds 4(b) and 5.

Dated: October 21, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT