UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONNIE COLEMAN,

Petitioner,

v.

WILLIAM GITTERE, et al.,

Respondents.

Case No. 3:19-cv-00172-RCJ-CSD

**ORDER**

The counseled habeas matter is before the Court on Petitioner Ronnie Coleman's motion for partial dismissal of Grounds 4(b) and 5 of his Second Amended Petition. (ECF No. 84.) On September 20, 2022, this Court determined that Grounds 4(b) and 5 were unexhausted and instructed Coleman to inform the Court how he wished to proceed on those unexhausted grounds. (ECF No. 81.) Coleman has timely complied.

**IT IS THEREFORE ORDERED** that Petitioner Ronnie Coleman's motion for partial dismissal (ECF No. 84) is GRANTED. Grounds 4(b) and 5 are DISMISSED.

**IT IS FURTHER ORDERED** that Respondents have up to and including January 6, 2023, in which to file an answer to the remaining grounds for relief. Petitioner has 30 days from the date of service of Respondents' answer to file a reply.

Dated: November 14, 2022

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT