# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE COLEMAN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>Respondents. | Case No. 3:19-cv-00172-RCJ-CSD<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 87), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 87) is GRANTED. Respondents will have up to and including February 17, 2023, in which to file and serve their answer to the second-amended petition.

Dated: January 9, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT