**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN, | Case No. 3:19-cv-00172-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 91), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' motion for enlargement of time (third request) (ECF No. 91) is GRANTED *nunc pro tunc*. Respondents will have up to and including March 24, 2023, in which to file and serve their answer to the second-amended petition. Absent extraordinary circumstances, the Court will view any future extension requests of this deadline unfavorably.

Dated: March 22, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE