**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00172-RCJ-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 94), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (ECF No. 94) is GRANTED. Petitioner will have up to and including June 23, 2023, in which to file and serve his reply to the second-amended petition.

Dated: April 24, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE