**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN, | Case No. 3:19-cv-00172-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed a motion for extension of time (second request) (ECF No. 96), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 96) is GRANTED. Petitioner will have up to and including August 22, 2023, in which to file and serve his reply to the second-amended petition.

Dated: June 26, 2023

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE