**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN, | Case No. 3:19-cv-00172-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 101), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (ECF No. 101) is GRANTED. Petitioner will have up to and including January 22, 2024, in which to file and serve his reply to the second-amended petition.

Dated: October 25, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT