**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN, | Case No. 3:19-cv-00172-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner Ronnie Coleman having filed an unopposed motion for enlargement of time (fifth request) (ECF No. 103), and good cause appearing;

**IT IS THEREFORE ORDERED** that Coleman's unopposed motion for enlargement of time (fifth request) (ECF No. 103) is GRANTED. Coleman will have up to and including February 21, 2024, in which to file and serve his reply to Respondents' answer.

Dated: January 22, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE