# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE COLEMAN, | Case No. 3:19-cv-00172-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner Ronnie Coleman having filed an unopposed motion for enlargement of time (sixth request) (ECF No. 105), and good cause appearing;

**IT IS THEREFORE ORDERED** that Coleman's unopposed motion for enlargement of time (sixth request) (ECF No. 105) is GRANTED. Coleman will have up to and including March 22, 2024, in which to file and serve his reply to Respondents' answer.

Dated: February 23, 2024

ROBERT C. JONES
UNITED STATES DISTRICT COURT