**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE COLEMAN,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>    Respondents. | Case No. 3:19-cv-00172-RCJ-CSD<br><br>**ORDER** |

Petitioner Ronnie Coleman having filed an unopposed motion for enlargement of time (seventh request) (ECF No. 107), and good cause appearing;

**IT IS THEREFORE ORDERED** that Coleman's unopposed motion for enlargement of time (seventh request) (ECF No. 107) is GRANTED. Coleman will have up to and including April 12, 2024, in which to file and serve his reply to Respondents' answer.

Dated: March 25, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT